RENE L. VALLADARES
Federal Public Defender
State Bar No. No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Jason Nathaniel Bright

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON NATHANIEL BRIGHT,<br><br>Defendant. | 2:13-cr-283-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and William Carrico, Assistant Federal Public Defender, counsel for JASON NATHANIEL BRIGHT, that the sentencing hearing scheduled on Tuesday, May 5, 2015 at 11:00 a.m., be vacated and be continued to a date and time convenient to the Court; however, no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Mr. Bright's plea agreement calls for the application of the Safety Valve, if appropriate.

2. The parties need additional time to coordinate and thereby determine whether the government is satisfied Mr. Bright has truthfully provided all information concerning the offense. Title 18, United States Code, Section 5C1.2(a)(5).

3. The defendant is incarcerated, but has no objections to a continuance of his sentencing hearing for this purpose.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request for a continuance of the sentencing hearing.

DATED this 30th day of April, 2015.

| Rene L. Valladares | DANIEL G. BOGDEN, |
| Federal Public Defender | United States Attorney |

/s/ *William Carrico*                    /s/ *Susan Cushman*

By: William Carrico, Assistant Federal Public Defender     By: Susan Cushman, Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JASON NATHANIEL BRIGHT,<br><br>　　　　Defendant. | 2:13-cr-283-JAD-VCF<br><br>ORDER |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS THEREFORE ORDERED that the Sentencing currently scheduled for Tuesday, May 5, 2015 at 11:00 a.m., be vacated and continued to Tuesday, June 23, 2015 at 10:00 a.m.

DATED this 30th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

3